H. Roger LAWLER, petitioner, v.
Theodore A. PAULISSEN, et ux.
No. 89–1096.

Supreme Court of the United States.

March 5, 1990. Denied.